IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                       08-CR-157-A

JAMES G. LITZ,

          Defendant.

## **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**

**PLEASE TAKE NOTICE** that the government hereby adopts the findings of the Presentence Report dated June 15, 2010, with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by Title 18, United States Code, Section 3013 to pay the sum of $100 at the time of sentencing.

DATED: Buffalo, New York, July 1, 2010.

                              Respectfully submitted,

                              WILLIAM J. HOCHUL, Jr.
                              United States Attorney

                        BY:   S/ TRINI E. ROSS
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York 14202
                              (716) 843-5700, ext. 805
                              trini.ross@usdoj.gov

TO: Herbert Greenman, Esq.
    U.S. Probation Office
    Attn: Michael J. Quarantillo, USPO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                    08-CR-157-A

JAMES G. LITZ,

        Defendant.

---

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2010, I electronically filed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    Herbert L. Greenman, Esq.

    U.S. Probation Office
        Attn: Michael J. Quarantillo, U.S.P.O.


                                        S/   JOANNE BEALE